petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondent. 

No. 620. UNITED STATES *v.* HOOLEY. C. A. 1st Cir. Certiorari denied. *Solicitor General Sobeloff* for the United States. 

No. 621. UNITED STATES *v.* O'KEEFE. C. A. 1st Cir. Certiorari denied. *Solicitor General Sobeloff* for the United States. 

No. 623. FERROLINE CORPORATION *v.* GENERAL ANILINE & FILM CORP. C. A. 7th Cir. Certiorari denied. *George I. Haight* and *Carl Hoppe* for petitioner. *Edward R. Johnston* and *James A. Sprowl* for respondent. 

No. 624. PECHEUR LOZENGE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Walter Gordon Merritt, Alfred J. L'Heureux* and *Henry Clifton, Jr.* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent. 

No. 636. SUPREME GRAND LODGE, MODERN FREE AND ACCEPTED COLORED MASONS OF THE WORLD, *v.* MOST WORSHIPFUL PRINCE HALL GRAND LODGE, FREE AND ACCEPTED MASONS, JURISDICTION OF GEORGIA. C. A. 5th Cir. Certiorari denied. *W. Edward Swinson* for petitioner. *Thurgood Marshall* and *Amos T. Hall* for respondent. 

No. 638. SALSBURY MOTORS, INC., WHOSE NAME HAS BEEN CHANGED TO WAYNE MANUFACTURING CO., *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *George R. Maury* for petitioner. *Solicitor General Sobe-*

954

loff, *Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Walter Akerman, Jr.* for the United States, respondent.

No. 640. HEMPHILL, EXECUTOR, *v.* WABASH RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Thomas Sweeney* and *Omer Poos* for petitioner. *Lee William Ensel* for respondent.

No. 646. HAMME ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Stanley Worth, Edward S. Smith, J. Gilmer Körner, Jr., Richard S. Doyle, Monte Appel* and *Jules G. Körner, III*, for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Elmer J. Kelsey* for respondent.

No. 677. WILSON, EXECUTOR, ET AL. *v.* SIMLER. C. A. 10th Cir. Certiorari denied. *Fred E. Suits* and *John B. Dudley* for petitioners. *Leslie L. Conner* and *Charles W. Conner* for respondent.

No. 571. BLOEDORN, EXECUTRIX, *v.* UNITED STATES. Petition for writ of certiorari to the Court of Claims denied for the reason that application therefor was not made within the time provided by law. *Edgar J. Goodrich, Lipman Redman* and *George S. Elmore* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 617. APPLEWHITE ET AL. *v.* JONES ET AL. C. A. 7th Cir. Certiorari denied. *Edmund Hatfield* for petitioners.

No. 629. SUMTER ET UX. *v.* SHEFFIELD ET AL. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. W. Carloss Morris, Jr.* for Morris et al., respondents.